IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT JAMES MIXDORF,<br><br>Plaintiff,<br><br>v.<br><br>AIG FEDERAL SAVINGS BANK,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [46] REPORT & RECOMMENDATION**<br><br>Case No. 2:13-cv-307 DN<br><br>District Judge David Nuffer |

The Report & Recommendation by United States Magistrate Judge Brooke C. Wells issued on March 12, 2014[1] recommends that this court (1) grant Defendant and Counter-plaintiff AIG Federal Savings Bank's ("AIG") Motion for Summary Judgment[2] on all claims and (2) enter judgment in favor of AIG and against Plaintiff and Counter-defendant Robert James Mixdorf ("Mixdorf") in the amount of $51,735.01, plus post-judgment interest and taxable costs of court.

The parties were notified of their right to file objections to the Report & Recommendation within 14 days of service pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b). On March 26, 2014, Mixdorf filed a Motion for Enlargement of Time[3] to object to the Report & Recommendation. Mixdorf's motion was granted, and Mixdorf was ordered to file any objections on or before April 11, 2014.[4] On April 11, 2014, Mixdorf filed a second motion for extension of time to file objections,[5] which was essentially identical to his first motion. This

---

[1] Docket no. 46.

[2] Docket no. 18, filed August 21, 2013.

[3] Docket no. 49.

[4] Docket Text Order, docket no. 51, entered March 31, 2014.

[5] [Second] Motion for Enlargement of Time, docket no. 52, filed April 11, 2014.

second motion was denied on April 17, 2014.[6] Notwithstanding the first extension to object, Mixdorf has failed to file any objection to the Report & Recommendation. As of the date of this order, no objections to the Report & Recommendation have been filed by either of the parties.

Pursuant to 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(b)(3), after reviewing de novo all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report & Recommendation, the analysis and conclusion of the magistrate judge is found to be correct and will be adopted. Accordingly,

IT IS HEREBY ORDERED that the Report & Recommendation[7] is ADOPTED.

IT IS FURTHER ORDERED that AIG's Motion for Summary Judgment[8] is GRANTED.

IT IS FURTHER ORDERED that judgment is entered against Robert James Mixdorf in the amount of $51,735.01, plus post-judgment interest and taxable costs of court.

The Clerk shall close the case.

Signed April 21, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[6] Docket Text Order, docket no. 54, entered April 17, 2014.

[7] Docket no. 46, entered March 12, 2014.

[8] Docket no. 18, filed August 21, 2013.